MICHAEL K. SPODAK, MD, P.A.

26 WEST PENNSYLVANIA AVENUE

TOWSON MARYLAND 21204

—

TELEPHONE (410) 337-0343

FAX (410) 321-0337

RE:  Sharon Parker
DOB: 7/25/66
SS #xxx xx 3732
D/I: 3/5/04
Sharon Parker vs.
M. Urban, M.D. & J. Woods, M.D.
Case #JFM-07-CV-377
U.S. District Court, District of MD

PSYCHIATRIC EVALUATION

**IDENTIFYING INFORMATION:**  Sharon Parker was seen for a psychiatric evaluation at the request of attorney, Roy Cowdrey. The evaluation consisted of the following:

- Direct interview in my office on  2/27/08
- Administered the following psychological tests:
    MMPI 2
    SCL 90 R
    MCMI III
    BECK
- Review of the following additional information:
    See Exhibit A

Ms. Parker reported that, as a consequence of a surgery on 3/5/04 with resultant complications, she has had mental and emotional problems to the present time highlighted by:

"Depression. Mostly depression."

**HISTORY OF THE PRESENT PROBLEM:**  Ms. Parker provided information dating back to childhood. Highlights indicate that she was raised in a family with considerable turmoil, violence, emotional abuse and possible sexual abuse.  She moved many times as a child. She lived in Maryland and Florida. She was approximately 15 years old when her parents separated. Ms. Parker dated the onset of her mental health treatment to age 15 when she had the first of many hospitalizations at Sheppard Pratt in 1983. At that time, she was hospitalized for anorexia. Three years later she was hospitalized for depression, stayed one year and diagnosed with bipolar disorder. She had approximately 12 hospitalizations through 1990, during which time, she made 2 suicide attempts.

2.
Sharon Parker

Ms. Parker described her educational history, noting that she graduated from high school in 1984, obtained a B.A. in 1996 and Masters in psychology in 2000. She worked over the years and stated that in 1999 she returned to MD from Illinois to work for her aunt as a therapist under the supervision of a psychologist, and administering computerized testing. She began working for the State of MD at the Holly Center in 2003 around the time she stopped working for her aunt.

In 2000 and 2001, she lived alone, worked for her aunt, took a variety of medications and was not receiving any mental health care in the form of counseling.

In 2002 and 2003, she continued to work for her aunt. She claimed that she applied to become a foster parent of "Clentreace" and was in the process of adopting the child that she met at the aunt's psychology clinic.

Prior to the surgery of 3/5/04, Ms. Parker stated that she was living in a rented house with Clentreace on a full time basis who was attending 5th grade. She worked full time at the Holly Center. She claimed that she thought she was on a 6 month probation and lacked 2 weeks to complete the probation. She was struggling to give IQ test with individuals of IQ less than 20 and stated that she was having some problems writing behavioral plans because it was not something she was trained in. Her medications included Tegretol, Buspar, and medications for cholesterol, blood pressure and thyroid.

THE INCIDENT:  Ms. Parker reported that she underwent a transabdominal hysterectomy on 3/5/04. She stated that she had been having bladder problems dating back to 2000. She reported having some irregular bleeding, heavy periods and pain with her periods. She had a D&C in Feb., 2004 and the hysterectomy on 3/5/04.

POST INCIDENT HISTORY:  Ms. Parker described her course following surgery. She noted that she was discharged from the hospital to home on 3/8/04. During her time at home, Clentreace was staying with her. Several days after her hospital discharge, she stated that Clentreace hit her in her stomach with her fist and may have also kicked her in the stomach after becoming angry that Ms. Parker could not do what she usually did with the child. Ms. Parker stated that she held the child at bay with her foot and called a social worker who came within 15 minutes to calm down Clentreace. Ms. Parker reported that she noted urine leakage on 3/12/04 and was seen in the office by Dr. Urban on 3/15/04.

3.
Sharon Parker

Ms. Parker described her subsequent treatment following the postoperative complications including her 23 hr. hospitalization, additional surgeries and rehospitalization for 9 days. She stated that Clentreace was under her care until July, 2004 but she only visited on weekends due to Ms. Parker's physical condition.

Ms. Parker described her additional problems including her diagnosis of diabetes. In 2005, she claimed that she began telling people she had cancer because she planned to kill herself and thought if people learned she was dead they would think she died from cancer and not from suicide. She had an emotionally distressing sexual experience in the fall 2005 shortly before her hospitalization at Sheppard Pratt in November, 2005 for a one week stay.

Following her discharge from Sheppard Pratt Hospital, Ms. Parker reported that she lived with a pastor and his family for several months before moving in with her father. She began receiving social security disability benefits in Jan., 2006. She reported a continuation of problems which included chronic pain, tiredness from taking Dilaudid, depression, anxiety, loss of self confidence, urinary frequency and urinary leaking.

AT THE PRESENT TIME, Ms. Parker lives in a shelter. She stated that her father "kicked me out of the house" on 2/15/08 but has since told her she could move back in. She is in the process of looking for her own place to live. She continues to take the following medications (among others):

- Tegretol 100 mg. daily
- Wellbutrin SR 150 mg. daily
- Lexapro 30 mg. daily
- Klonopin .5 mg. daily
- Buspar 60 mg. daily
- Neurontin 400 mg. daily
- Dilaudid approximately 4-6 mg. daily

MENTAL STATUS EXAMINATION

General Description:  Sharon Parker is a 41 year old, caucasian female who displayed no bizarre behavior or peculiar mannerisms. She was cooperative, attentive and respectful. There was no indication of psychomotor hyperactivity or retardation. She excused herself from the interview to void approximately once each hour.

4.
Sharon Parker

Speech:  Speech was coherent, relevant, goal directed
and appropriate in speed and volume. She answered questions
promptly and displayed an adequate range of vocabulary consistent
with her education and background.

Mood:  Mood was characterized by mild blunting of affect
and mildly narrowed emotional fluctuations. Some resentment
was noted when she discussed the care received from Dr. Urban.
No overt anger, hostility or lability was identified.

Content:  The content of the responses was characterized
by logical answers which showed an adequate comprehension
of questions. The content suggested some tendency toward
embellishment and exaggeration. The content further suggested
an individual who perceived herself as a victim and someone
incapable of returning to substantial, gainful employment.
There was no indication of psychotic thought content in general
and, in particular, no delusions, hallucinations, ideas of
reference, thought blocking or distractibility.

Cognition:  Cognitive assessment was generally unremarkable
and, in particular, there was no difficulty with attention,
concentration, calculations, orientation or memory.
She scored 29/30 on the mini mental state. Digit span was
7 forward and 9 in reverse. Trail making part A was 23 secs.
with 0 error(s) (under the cut off) and part B was secs.
with 54 error(s) (under the cut off).


PSYCHOLOGICAL TESTING

MMPI 2:  See attached

SCL 90 R:  See attached

MCMI III:  See attached

5.
Sharon Parker

ADDITIONAL INFORMATION:  I reviewed voluminous records as noted in the outset of this report and from that review I completed a timeline and a list of diagnoses which are enclosed.

DISCUSSION/SUMMARY:  Sharon Parker was seen for a psychiatric evaluation. The evaluation indicates an individual with a multitude of medical and psychiatric problems predating the subject surgery of 3/5/04. The evaluation further indicates that Ms. Parker's current perception is that she is not able to work because of physical pain and side effects of pain medication as the predominant reasons. The current evaluation indicates that Ms. Parker is not impaired from returning to substantial, gainful employment on the basis of her mental and emotional state. In addition, the evluation indicates that she has a tendency toward exaggeration, embellishment and placing herself in the role of victim.

As a result of the psychiatric evaluation of Ms. Parker I am able to offer the following **OPINIONS** with reasonable medical probability/certainty:

1.  In my opinion, Ms. Parker's condition indicates a tendency toward exaggeration and embellishment.

2.  In my opinion, the surgery of 3/5/04 and the resultant complications did not cause any worsening of Ms. Parker's underlying and preexisting psychiatric difficulties.

3.  In my opinion, Ms. Parker has experienced a number of psychosocial stressors since the subject surgery of 3/5/04 that could well explain the various mental and emotional problems that she has described since the surgery.

4.  In my opinion, the surgery of 3/5/04 with the resultant complications did not cause and necessitate Ms. Parker to have any additional mental health intervention that she might otherwise have needed based on her preexisting and underlying emotional difficulties.

5.  In my opinion, Ms. Parker's psychiatric hospitalization in November, 2005 was not causally related or attributable to the consequences of the subject surgery of 3/5/04.

6.  In my opinion, from a mental and emotional perspective, Ms. Parker is capable of substantial, gainful employment

6.
Sharon Parker

on a full time basis, in much the same way that she was prior
to the subject surgery of 3/5/04.

Sincerely yours,

Michael K. Spodak, M.D.

MKS:pr

CAVEAT:   Should additional records and/or
          information become available
          in this case, upon receipt
          and review, I will provide an addendum
          to this report, if indicated.