## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SHARON PARKER**
      **Plaintiff**

    **v.**

**MICHELE URBAN, et al**
      **Defendant**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 APR 17 P 3: 53

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**Case No.  JFM-07-377**

\*\*\*\*\*\*

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the plaintiff, **Sharon Parker**, against the defendant, **Michele Urban, et al**, it is this ___16th___ day of ___April___, 20 _08_____,

**ORDERED**,

1.      Judgment is entered in favor of **Sharon Parker** against **Michele Urban, et al**, in the amount of $224,048. 00 for past medical expenses; $ 56,100.00 for future medical supplies; $14,667.00 for past lost wages; and $281,111.00 for pain and suffering, including physical pain, mental and emotional anguish, disfigurement, humiliation, embarrassment, and other such losses; and

2.      Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
J. FREDERICK MOTZ
United States District Judge