IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARON PARKER                         *
                                      *
            v.                        *   Civil No. JFM-07-377
                                      *
MICHELE URBAN, M.D., ET AL.           *
                                    *****

ORDER


Upon consideration of plaintiff's motion for review of the Clerk's order regarding

plaintiff's bill of costs and defendant's opposition thereto, it is, this 2nd day of July 2008

ORDERED that plaintiff's motion be denied.




                                      /s/_____
                                      J. Frederick Motz
                                      United States District Judge